JOHN SHAW v. STATE.

No. A-1289. Opinion Filed June 15, 1912.

Appeal from Woods County Court;

W. M. Bickel, Judge.

John Shaw was convicted of violating the prohibitory law, and appeals. Affirmed.

Chase & Stevens, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, John Shaw, was convicted at the April, 1911, term of the county court of Woods county on a charge of selling intoxicating liquor, and his punishment fixed at imprisonment in the county jail for a period of ninety days and a fine of one hundred fifty dollars. We have carefully examined the record, and find no error sufficient to justify a reversal. The judgment of the trial court is, therefore, affirmed.